992 So.2d 440 (2008)
Ida MONTENERO, Bill Jozwiak and Sylvia Jozwiak, Appellants,
v.
Linda MARKS, et. al., Appellees.
No. 4D07-607.
District Court of Appeal of Florida, Fourth District.
October 22, 2008.
Barry M. Silver, Boca Raton, for appellants.
Kara Berard Rockenbach of Gaunt, Pratt, Radford, Methe & Rockenbach, P.A., West Palm Beach, for appellee City of Delray Beach.
PER CURIAM.
Affirmed. See Pollock v. Fla. Dep't of Hwy. Patrol, 882 So.2d 928 (Fla.2004); Everton v. Willard, 468 So.2d 936 (Fla.1985).
WARNER, GROSS, and DAMOORGIAN, JJ., concur.